**UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff                          Case No. 06-11808
                                               Hon. George Caram Steeh
-v-                                            Claim No. 1997A14021

ARTHUR HOOD
       Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **ST. JAMES MORTGAGE CORPORATION** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

Dated: December 2, 2008

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 2, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk